# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00280-GCM

| | | |
|---|---|---|
| GREAT LAKES REINSURANCE (UK) SE, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| WILLIAM M BYRON D&B MARINE, LLC, | ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER COMES** before this Court on the Court's own Motion. The Parties, through counsel, advised the Court via telephone that the Parties have settled this case. Currently, there is a Response to a Motion for Summary Judgment due on October 23, 2018. Pursuant to the Parties' indication that the case has settled, all proceedings in this case are hereby stayed. The Parties are **ORDERED** to provide the Court with a status report of the settlement within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: October 19, 2018

Graham C. Mullen
United States District Judge

1